UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KYIWANN JONES

VERSUS

EAST FELICIANA DISTRICT
ATTORNEY'S OFFICE

CIVIL ACTION

22-519-SDD-RLB

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated December 21, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the exercise of jurisdiction based on the *Younger* abstention doctrine is declined and this action is DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the 18 day of January, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.